GREENSPAN-GREENBERGER COMPANY, appellant,

*v.*

GOERKE COMPANY, respondent.

[Submitted May term, 1933.  Decided September 27th, 1933.]

*Mr. Jacob L. Newman,* for the appellant.

*Messrs. Herrigel, Lindabury & Herrigel* and *Mr. Edward R. McGlynn,* for the respondent.

PER CURIAM.

The orders appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *112 N. J. Eq. 391.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.